JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JAHN-DERIAN, | Case No. CV 13-7221 FMO (SHx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| METROPOLITAN LIFE INSURANCE CO., et al., | |
| Defendants. | |

Pursuant to the Court's Order Reversing Administrative Determination Re: ERISA Benefits, IT IS ADJUDGED that the Plan's denial of plaintiff Pamela Jahn-Derian's claim for disability benefits under the terms of the Plan during the "own-occupation" period of disability is hereby reversed. Plaintiff shall be granted disability benefits during the "own-occupation" period set forth in the Plan. The determination as to whether plaintiff is "totally disabled" under the terms of the Plan during the "any-occupation" period of disability is remanded to the plan administrator for adjudication. On remand, the plan administrator shall take into consideration plaintiff's Social Security award of disability benefits in determining whether plaintiff is disabled under the "any occupation" provision of the Plan.

Dated this 31st day of March, 2016.

/s/
Fernando M. Olguin
United States District Judge